**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01211-CR

**GLENN RAYSHON PIERCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-70146-J**

## ORDER

On the Court's own motion, we **ORDER** the appellant's brief received on January 23, 2013 filed as of the date of this order.


/s/ LANA MYERS
   JUSTICE